UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAMES ANGELO FOTINOPOULOS,<br><br>  Defendant. | NO. 3:13-CR-05183-BHS<br><br>ORDER PERMITTING DEFENDANT TO TRAVEL OUTSIDE THE BOUDARIES OF THE UNITED STATES |

The Court has reviewed Defendant's unopposed motion to travel outside the boundaries of the United States.   NOW, THEREFORE,

It is hereby ORDERED that Defendant James Angelo Fotinopoulos is permitted to travel to and from the country of Greece, for a period beginning July 12, 2013 to August 11, 2013.

DATED this 10th day of July, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 1

The Crowley Law Firm, PLLC
Grand Central Building
216 First Avenue, Ste 204
Seattle, Washington 98104
Tel (206) 625-7500 ♦ Fax (206) 625-1223